7.19.00

IN THE COUNTY COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

STATE OF FLORIDA

    Plaintiff,

vs.

Santo R. Caceres,

    Defendant.

CASE NO: DF 99-104

DIVISION:

## DECLINATION OF PROSECUTION AFFIDAVIT

Before me, the undersigned authority, an officer duly authorized to administer oaths, this day personally appeared the undersigned, after being duly sworn, deposes and says:

My name is Socorro Rivera, I am the victim and complaining witness against the above-named individual.

I have by execution of this document advised the State Attorney's Office, Osceola County, Florida, that criminal action and proceedings were instituted in this case at my request, but that I do not desire the case to be prosecuted further, and request the charges against the defendant be dismissed for the following reasons:

I want to drop the charges because I know he is not a violent person. He is already in probation. He realizes that he did wrong and this was just an experience for him to learn more about our relationship. Sometimes mistakes helps us to be better person.

I am executing this affidavit voluntarily and of my own free will, without coercion or undue from anyone.

Work #: 238-8014
Home #: 847-3982

    Socorro Rivera
    AFFIANT

Sworn to and subscribed before me this ____ day of _____, 199__.

NOTARY PUBLIC

VILMA FIGUEROA
Notary Public, State of Florida
My comm. expires March 7, 2003
No. CC814920
Bonded thru Ashton Agency, Inc.

Personally known ____ or Produced
Identification ____ Type of
Identification Produced R100 780 66 50 30